JAMES *v.* THE STATE.

JENKINS, Presiding Justice. The defendant having been convicted of murder without recommendation, and the only exception being on the general grounds, and the evidence amply supporting the verdict, the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 14984. OCTOBER 7, 1944.

428

*Thomas E. Dawson* and *Donald H. Fraser,* for plaintiff in error. *T. Grady Head, attorney-general, R. L. Dawson, solicitor-general,* and *Victor Davidson, assistant attorney-general,* contra.